

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  October 10, 2018

DISMISSED FOR WANT OF PROSECUTION

A copy of appellant's notice of appeal was filed in this court on August 16, 2018. On that date, the clerk of the court notified appellant in writing that a filing fee for the appeal in the amount of $205 was required to be paid. On September 7, 2018, this court ordered appellant to provide written proof that either: (1) the $205 filing fee was paid to this court, or (2) the appellant is entitled to appeal without paying the filing fee for the appeal. The order noted that the record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. Appellant was advised that failure to respond within the time provided would result in

the appeal being dismissed for failure to pay the filing fee. TEX. R. APP. P. 5, 42.3(c). To date, appellant has not paid the filing fee for the appeal. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c). Costs of the appeal are taxed against appellant.

PER CURIAM